IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**SHARAD JOGAL**                                                                                                   **PLAINTIFF**

**V.**                                       **NO. 3:22-CV-246-DMB-RP**

**VINSANJI THAKERSHI GALA**                                             **DEFENDANT**

## JUDGMENT

In accordance with the order entered this day, this case is **DISMISSED with prejudice**.

**SO ORDERED**, this 7th day of September, 2023.

                                                                     **/s/Debra M. Brown**
                                                                      **UNITED STATES DISTRICT JUDGE**